## VERIFIED RETURN OF SERVICE

Job # 248625

**Client Info:**

FASANO LAW FIRM, PLLC
MICHAEL C. FASANO, ESQUIRE
333 SE 2ND AVENUE,
SUITE 2000
MIAMI, FL 33131

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>MICHAEL BLITZER ASSOCIATES, INC. d/b/a BLITZER, CLANCY & COMPANY, a New York Corporation<br>-versus-<br>**DEFENDANT:**<br>ELUTIONS, INC., a Delaware Corporation; ELUTIONS EUROPE HOLDINGS LIMITED, AN ENGLISH LIMITED COMPANY | UNITED STATES DISTRICT COURT<br>Court Division: MIDDLE DISTRICT OF FLORIDA<br>County of _____<br>Court Case # 8:16-CV-2769-T-27AAS |

**Service Info:**

Date Received: 10/4/2016 at 04:25 PM
Service: I Served **ELUTIONS, INC. c/o BENJAMIN KEISER**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT; SHAREHOLDER AGREEMENT; LETTER; CIVIL COVER SHEET**
by leaving with **NICOLE MEATTY, PROCURE MANAGER , EMPLOYEE-AUTHORIZED TO ACCEPT**

At Business **601 EAST TWIGGS STREET, TAMPA, FL 33602**
On **10/10/2016** at **11:02 AM**
Manner of Service: **CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

**Served Description:** (Approx)

Age: **47**, Sex: **Female**, Race: **Hispanic**, Height: **5' 6"**, Weight: **140**, Hair: **Brown** Glasses: **Yes**

I **ANALISA CARABALLO** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

Signature of Server: _____
**ANALISA CARABALLO**
CPS #16-898167

**SERVICE OF PROCESS, INC.**
POST OFFICE BOX 653653
MIAMI, FL 33265



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

Michael Blitzer Associates, Inc. d/b/a Blitzer, Clancy & Company, a New York Corporation )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 8:16CV2769-T-27AAS
Elutions, Inc., a Delaware Corporation; Elutions Europe Holdings Limited, an English Limited Company )
)
)
) A. Caraballo
) CPS 16-298167
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Elutions, Inc.
c/o Benjamin Keiser
601 East Twiggs Street
Tampa, Florida 33602

Served 10-10-16 1102a
Nicole Meally
Authorized Employee

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael C. Fasano
Fasano Law Firm, PLLC
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/30/2016

_____
*Signature of Clerk or Deputy Clerk*