UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL BLITZER ASSOCIATES, INC.,

    Plaintiff,

v.                                    Case No. 8:16-cv-2769-JDW-AAS

ELUTIONS, INC., et al.,

    Defendants.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant eLutions, Inc. moves for an extension of time to respond to the Complaint (Dkt. 1) pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 3.01(a). If granted, the response would be due on or before **November 14, 2016**.

Plaintiff filed the Complaint on September 29, 2016 (Dkt. 1). The Complaint was served on eLutions, Inc. on October 10, 2016 (Dkt. 5). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), a response to the Complaint is currently due on October 31 for eLutions, Inc. Counsel for eLutions, Inc. has only just received the Complaint and been notified of the pending deadlines and accordingly seeks a reasonable extension until November 14, 2016, to prepare an adequate response.

The Court may extend the time to perform an act (such as responding to a complaint) "for good cause." Fed. R. Civ. P. 6(b)(1)(A). The Court has broad discretion under this rule. *See Gibson v. Vincent*, 2007 WL 1576344, at *1 (N.D. Fla. May 30, 2007) (citing *Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 896 n.5 (1990)). To establish good cause, the party

1

seeking the extension must establish that the deadline could not be met despite the party's diligence. *See Ashmore v. Sec., Dept. of Transp.*, 503 F. App'x 683, 685 (11th Cir. 2013).

As the Court is aware, the investigation necessary to respond accurately and appropriately to a complaint takes more than a couple of days. In this instance, eLutions, Inc. and counsel have not had adequate time to perform the necessary research and investigation despite mutual diligence. Plaintiff would not be prejudiced by a brief extension of time, nor would a brief extension unduly delay the disposition of this action. Good cause exists and the extension should be granted.

WHEREFORE Defendant requests an extension of time to respond to the Complaint (Dkt. 1), such that eLutions, Inc.'s response is due on or before **November 14, 2016**.

### Local Rule 3.01(g) Certification

Undersigned counsel has conferred in good faith with counsel for Plaintiff, who does not object to the relief sought herein.

**DATED** this 28th day of October, 2016.

/s/ Dennis P. Waggoner
Dennis P. Waggoner
Florida Bar No. 509426
dennis.waggoner@hwhlaw.com
Hill, Ward & Henderson, P.A.
101 E. Kennedy Blvd., Suite 3700
Tampa, Florida 33602
Telephone:   813.221.3900
Facsimile:    813.221.2900
*Attorneys for eLutions, Inc.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF electronic filing system, which will send notice of electronic filing to all counsel of record in this action.

<em>/s/ Dennis P. Waggoner</em>