

| | | |
|---|---|---|
| 120 E.56th St. Suite 720<br>New York, NY 10022<br>Tel +1 212-934-9177<br>Fax +1 212-935-9325 | **BC&C**<br>Blitzer, Clancy & Company | 14 Park Place<br>Chelmsford, MA 01824<br>Tel +1 978-251-1034<br>Fax +1 978-418-2551 |

June 16th, 2016

eLutions, Inc.
1300 East 8th Avenue, Suite 200
Tampa, Florida

Dear Bill,

Since you have been unavailable for some time now to discuss this outstanding issue, this letter states what is required to be resolved.

On November 21, 2006, Elutions, Inc., Elutions Europe Holdings Limited ("Elutions Europe"), and Michael Blitzer Associates, Inc. (d/b/a Blitzer, Clancy & Company) ("Blitzer") entered into a Shareholder Agreement detailing Michael Blitzer Associates, Inc. compensation for advising on Elutions Europe's acquisition of Supervisor Holdings, Ltd. (the "Wizcon Transaction").

Section 2(a) of the agreement provides that Elutions was to transfer 50 shares of Elutions Europe stock (the "Blitzer Shares") to Blitzer within 8 days of the execution of the agreement—by November 29, 2006.

Section 5 of the agreement entitles Blitzer, upon 30-days written notice to Elutions, to compel Elutions to purchase all of the outstanding Blitzer Shares.

Section 7 of the agreement requires Blitzer Shares to be valued at the *greater* of: (i) $300,000 plus interest at 8% per annum (compounded annually) from the Wizcon Transaction's closing; or (ii) the book value of Blitzer Shares as determined by the accountant regularly employed by the Company or, if there is none, an independent certified public accounting firm appointed by Elutions in accordance with US GAAP.

To date, Blitzer has not been issued the Elutions Europe shares as promised in the agreement, and requests that these shares be properly issued to Blitzer.

Furthermore, Blitzer hereby gives Elutions notice of its intent to exercise its "Put Option" detailed in agreement section 5, and requires that Elutions repurchase 100% of its shares in Elutions Europe within 30 days.

Based on Elutions failure to timely tender the Elutions Europe shares to Blitzer, Blitzer requests that Elutions seeks the opinion of a mutually agreeable, independent, public accounting firm to determine share value.

Looking forward to hearing from you shortly.

*Michael Blitzer*
Michael Blitzer

www.bcxintl.com