


333 Southeast 2nd Avenue
Miami, Florida 33131
FasanoLawFirm.com

August 16, 2016

***By Fedex***

eLutions, Inc.
1300 East 8th Avenue, Suite 200
Tampa, Florida 33605
Attn: General Counsel

Benjamin Keiser
601 East Twiggs Street
Tampa, Florida 33602

ELUTIONS EUROPE HOLDINGS LIMITED
Acre House
11/15 William Road
London, NW1 3ER

**Re:** ***Blitzer, Clancy & Company's Call Option Relating to Elutions Europe Holdings Ltd. Shares***

To Whom This May Concern:

On or about November 21, 2006, eLutions, Inc. ("eLutions"), Elutions Europe Holdings Limited ("Elutions Europe"), and Blitzer, Clancy & Company ("Blitzer") entered into a Shareholder Agreement (the "Agreement") whereby Blitzer agreed to accept Elutions Europe stock as a fee for advising on Elutions Europe's acquisition of Supervisor Holdings, Ltd. (the "Wizcon Transaction"). The Agreement provided that Blitzer would obtain fifty (50) shares of Elutions Europe stock, which, at the time of the transaction, represented 5% of all outstanding share capital of Elutions Europe.

The Agreement also granted Blitzer a call option giving him the right to demand that eLutions purchases all of Blitzer's Elutions Europe stock any time after April 1, 2007, upon thirty-days' notice. The Agreement stated that Blitzer's shares would be valued at the greater of: (1) $300,000 plus interest at 8% per annum compounded annually from the "date of Closing"[1]; or (2) the book value of the Blitzer shares as determined by the accountant regularly employed by Elutions Europe or, if there is none, an independent certified public accountant firm appointed by eLutions.

---

[1] The Agreement appears to be unclear as to the meaning of the "date of Closing." Blitzer maintains that a reasonable reading of the Agreement puts the date of closing at May 23, 2006, the date of the share purchase agreement between eLutions and ITA Holdings, Inc. memorializing the Wizcon Transaction.



333 Southeast 2nd Avenue
Miami, Florida 33131
FasanoLawFirm.com

On or about June 14, 2016, Blitzer informed eLutions President William P. Doucas in writing by letter to eLutions' corporate offices of his intention to exercise its call option. Blitzer's principal, Michael Blitzer, subsequently met with Mr. Doucas in New York in July 2016. At that meeting, Mr. Doucas confirmed that he owed Blitzer money relating to its work on the Wizcon Transaction and said that he would work it out with Blitzer. Since that time, Mr. Doucas has been unavailable to resolve this issue in person, by phone, and by email.

Thirty (30) days have passed since Blitzer exercised its call option, and payment is now due. We ask that you provide the undersigned counsel with the following information within the next ten (10) days:

- A complete valuation report stating the value of Elutions Europe and the value of Blitzer's shares;

- All underlying documents used in reaching the valuation of the Blitzer shares;

- The identity of eLutions' regular accountant and/or the public accounting firm performing the valuation;

- A certification from any outside accounting firm performing a valuation that they are, in fact, independent and that they do not perform any other accounting services for and/or on behalf of eLutions, Elutions Europe, William Doucas, Dan Collins, Astra LLC, and/or any counsel, consultants, experts, investigators, agents, and/or other persons acting on their behalf; and

- eLutions' calculation of $300,000 plus interest at 8% per annum compounded annually from the "date of Closing". Blitzer estimates that this amount is approximately $650,000.

Additionally, pursuant to Florida Statute § 607.1602, Blitzer requests that Elutions Europe provides the following corporate records for inspection within ten (10) days:

1. Elutions Europe's articles or restated articles of incorporation and all amendments to them currently in effect;

2. Elutions Europe's bylaws or restated bylaws and all amendments to them currently in effect;

3. Resolutions adopted by Elutions Europe's board of directors creating one or more classes or series of shares and fixing their relative rights, preferences, and limitations, if shares issued pursuant to those resolutions are outstanding;




333 Southeast 2nd Avenue
Miami, Florida 33131
FasanoLawFirm.com

4. The minutes of all shareholders' meetings and records of all action taken by shareholders without a meeting for the past three (3) years;

5. Written communications to all shareholders generally or all shareholders of a class or series within the past three (3) years, including the financial statements and accompanying reports furnished for the past three (3) years under Fla. Stat. § 607.1620.

6. A list of the names and business street addresses of its current directors and officers; and

7. The most recent annual report for Elutions Europe.

Blitzer wishes to resolve this matter amicably; however, if we do not hear from you within thirty (30) days, we will be forced for file suit to enforce Blitzer's rights under the Agreement.

Please do not hesitate to contact me if you have any questions at (786) 871-3327, or by email at mfasano@fasanolawfirm.com.

Very truly yours,

/s/Michael C. Fasano

FASANO LAW FIRM, PLLC

cc: Michael Blitzer