UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:16-cv-2769-JDW-AAS

Michael Blitzer Associates, Inc., d/b/a
Blitzer, Clancy & Company,
a New York Corporation,

Plaintiff,

v.

eLutions, Inc., a Delaware Corporation,
and Elutions Europe Holdings Limited,
an English Limited Company,

Defendants.
_____/

## JOINT NOTICE OF PENDING SETTLEMENT

 Michael Blitzer Associates, Inc., Elutions, Inc., and Elutions Europe Holdings Limited (collectively the "Parties") by and through their undersigned counsel, hereby give the Court notice that they have reached a settlement, in principle, to resolve all matters before the Court in the above-styled action. The parties plan to finalize the settlement within two (2) weeks. The parties inform the Court so that it does not expend judicial resources on this matter pending finalization of a settlement agreement.

27560399

Dated: January 23, 2017  Respectfully submitted,

By:   /s/ *Michael C. Fasano*
MICHAEL C. FASANO
Trial Counsel
Florida Bar No. 98498
FASANO LAW FIRM, PLLC
Wells Fargo Center
333 Southeast 2nd Avenue
Suite 2000
Miami, Florida 33131
Tel: (786) 871-3327
Fax: (305) 871-3301
mfasano@fasanolawfirm.com

*Counsel for Michael Blitzer Associates, Inc. d/b/a Blitzer, Clancy & Company*


/s/ Dennis P. Waggoner
Dennis P. Waggoner
Florida Bar No. 5094263
dennis.waggoner@hwhlaw.com
Hill, Ward & Henderson, P.A.
101 E. Kennedy Blvd., Suite 3700
Tampa, Florida 33602
Telephone:  813.221.3900
Facsimile:  813.221.2900

Theresa A. Foudy (admitted *pro hac vice*)
tfoudy@curtis.com
Nicole M. Mazanitis (admitted *pro hac vice*)
nmazanitis@curtis.com
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Telephone:212.696.6000
Facsimile: 212.697.1559

*Attorneys for Defendants Elutions, Inc. and Elutions Europe Holdings Limited*

27560399

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of January 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

/s/ *Michael C. Fasano*
MICHAEL C. FASANO

27560399