UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL BLITZER ASSOCIATES, INC.,

    Plaintiff,

v.                                    Case No: 8:16-CV-2769-T-27AAS

ELUTIONS, INC. and ELUTIONS
EUROPE HOLDINGS LIMITED,

    Defendants.
_____/

## ORDER

The Court has been advised that this case has been settled (Dkt. 23). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is **DISMISSED** *without prejudice* and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 24th day of January, 2017.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of Record